IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA, :
:
    Plaintiff, : Case No. 2:08-CR-67(2)
:
vs. : JUDGE ALGENON L. MARBLEY
:
Candy Lamngeun :
:
    Defendant. :

### ORDER

On July 14, 2008, the Magistrate Judge issued a *Report and Recommendation* pursuant to 28 U.S.C. § 636(b)(1) urging the Court to accept Defendant Candy Lamngeun guilty plea. Defendant, represented by counsel, waived her right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Federal Rule of Criminal Procedure 11(b). Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact. Although Defendant was specifically informed of his right to contest the *Report and Recommendation* and the consequences of his failure to do so, he did not object. Accordingly, the Court **ADOPTS** the *Report and Recommendation* and **ACCEPTS** Defendant's plea of guilty to count one of the indictment.

    **IT IS SO ORDERED.**

                                                                                                   *s/Algenon L. Marbley*
                                                                                           **ALGENON L. MARBLEY**
                                                                            **UNITED STATES DISTRICT COURT**

Dated: 9/11/08